UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR,

Defendant.

Civil Action No. 26-0982 (RDM)

**JOINT STATUS REPORT**

Pursuant to the Court's June 29, 2026, Minute Order, Plaintiff, Americans United for Separation of Church and State, and Defendant, Department of Labor ("DOL" or "the Department"), by and through undersigned counsel, respectfully submit the Parties' second joint status report in this case brought under the Freedom of Information Act ("FOIA").

This case concerns Plaintiff's FOIA request for records responsive to a FOIA request submitted and received on December 19, 2025, for records related to what the request described as the "Secretary's Prayer Services." The request has nine itemized requests concerning the Secretary's Prayer Services, including communications, documents related to costs/expenses, time spent planning/organizing by DOL employees, DOL policies/guidance/legal review/authorizations, dates/scheduling, identification of individuals who have spoken at the prayer services, recordings/transcripts, complaints from DOL employees, and recordkeeping of attendance. *See* Compl. (ECF No. 1).

The Parties' counsel have conferred and submit that the status of Plaintiff's FOIA request is as follows.

DOL has completed its responsive review resulting in approximately 2,300 responsive documents which consists of approximately 7,700 responsive pages. Now that DOL has identified responsive documents, DOL can more meaningfully assess Plaintiff's suggestions for narrowing the scope of these requests as well as suggest bases for further narrowing of the requests and will report back to Plaintiff. At this time, there are no substantive areas of disagreement between the parties. Once the parties have agreed on the scope of the requests, DOL anticipates providing monthly productions based on review of 400 pages per month.

The Department does not seek or plan to seek a stay of proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Defendant reserves the right to request such a stay at a later time.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in ninety-one days, on Monday, December 21, 2026, updating the Court on the status of the processing of Plaintiff's FOIA request.

Dated: September 21, 2026
Washington, D.C.

AMERICANS UNITED FOR
SEPARATION OF CHURCH AND
STATE

By: */s/ Amy Tai*
AMY TAI
1310 L Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 988-7682
tai@au.org

*Counsel for Plaintiff Americans United for Separation of Church and State*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*